IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KARUK TRIBE, a federally recognized Indian tribe, | ) ) ) | NO. 1:09-CV-00020-AWI-DLB |
| Plaintiff, | ) ) | ORDER GRANTING INTRA-DISTRICT CHANGE IN VENUE |
| v. | ) ) | |
| UNITED STATES, et al., | ) ) | |
| Defendant. | ) ) | |

The court has read and considered the Plaintiff Karuk Tribe's motion for intra-district change in venue. Having reviewed the motion, the court finds that the motion is well taken and is GRANTED.

The case is hereby transferred intra-district to the United States District Court sitting in Sacramento, California.

IT IS SO ORDERED.

Dated:   February 20, 2009            /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE